PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Wayne Hughes                                              Cr.: 05-228(FLW)

Name of Sentencing Judicial Officer: Freda L. Wolfson

Date of Original Sentence: 02/10/06

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 37 months imprisonment, followed by 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/20/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On June 3, 2008, and June 23, 2008, the offender failed to report for random urinalysis at the U.S. Probation Office in Camden, New Jersey. On June 26, 2008, an adjustment session was held with the offender, at which time he was warned that any further instances of non-compliance would result in a request for Court intervention.

On July 21, 2008, the offender submitted a urine sample that tested positive for the presence of PCP. The offender admitted he used PCP on July 16, 2008, and signed an admission to drug use form acknowledging same.

On July 24, 2008, the offender executed a "Waiver of a Hearing to Modify the Conditions of Supervised Release," agreeing to placement in a community corrections center for a period of 4 months.

Respectfully submitted,

By: Daniel J. Carney
U.S. Probation Officer
Date: 07/28/08

THE COURT ORDERS:

[✓] The modification of conditions as noted above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
8/12/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____
U.S. Probation Officer
Daniel J. Carney

Signed: _____
Probationer or Supervised Releasee
Wayne Hughes

7/24/08
DATE